FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNNY CHOINSKI,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden, et al.,<br><br>        Respondents. | No. CV 06-1672-MMM (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections and supplemental objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The final report and recommendation is adopted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 19, 2009

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE