FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY CHOINSKI, <br>     Petitioner, <br>     v. <br> JAMES A. YATES, Warden, et al., <br>     Respondents. | No. CV 06-1672-MMM (PLA) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 19, 2009

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE